UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. MJ 19-465 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| TONY LEE WILLIAMS, ) | |
| ) | |
| Defendant. ) | |

<u>Offense charged</u>:     Possession With Intent to Distribute Cocaine; Possession with Intent to Distribute Heroin

<u>Date of Detention Hearing</u>:    October 7, 2019.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.     Defendant has a lengthy criminal record that includes numerous failures to

appear, bench warrant activity (some still active), resisting arrest, and violation of victim no-contact orders. Defendant does not have a viable release plan and does not contest detention.

2. Defendant poses a risk of nonappearance based on lack of residence, failures to appear, use of alias names, pending warrants, pending charges, non-compliance while on terms of supervision, unexplained assets/income, possible mental health and substance use issues, and unverified information. Defendant poses a risk of danger based on the nature and circumstances of the offense, criminal history, pending charge, active warrant, non-compliance while on supervision, alleged possession of a firearm, and possible mental health and substance use issues.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services

Officer.

DATED this 7th day of October, 2019.

*Mary Alice Theiler*
Mary Alice Theiler
United States Magistrate Judge