1

The Honorable Richard A. Jones

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

11   UNITED STATES OF AMERICA,                    No.  CR19-00193RAJ

                          Plaintiff,               PROTECTIVE ORDER
12

13                        v.

14   TONY LEE WILLIAMS,

15                        Defendant.

16

17       This matter, having come to the Court's attention on the Stipulated Motion for a

18   Protective Order Regarding Certain Discovery Items submitted by the United States of

19   America, and the Court, having considered the motion, and being fully advised in this

20   matter, hereby enters the following PROTECTIVE ORDER:

21       1.       When the government provides discovery to the defense team,[1] it will

22   designate as "protected" any material that it believes may tend to identify or reveal

23   personal information about the victim, including but not limited to an autopsy report.

24       2.       The defense team will not make copies of any kind of any part of the

25   designated items without prior written permission of the government, except that the

26

27   _____

28   [1] As used herein, the "defense team" includes counsels of record, their employees (such as any associate counsel,
     paralegals, legal assistants, and interns), and their contractors (such as investigators and experts).

*United States v. Tony Lee Williams*, CR19-00193RAJ
Protective Order - 1

1  materials may be downloaded from USAfx and placed on a server or other appropriate

2  storage medium under the secure control of the defense team.

3      3.    The defense teams will not share any of the material designated as

4  protected with anyone except for the defendant and others who are part of the same

5  defense team without prior written permission of the government. In this context, "share"

6  includes show, provide copies of, or describe—whether in writing or orally—in a manner

7  that will tend to reveal the identity, or personal information, of the victim. The defense

8  team may discuss the general nature of the protected material with others, provided that

9  that discussion does not tend to reveal the identity, or personal information, of the victim,

10  even to other defense teams.

11      4.    The defense team may review all of the discovery, including protected

12  material, with the defendant it represents. The defense team may not, however, leave any

13  protected material in the possession of the defendant or permit it to be copied.

14      5.    If the defense team wishes to file any protected material with the Court, or

15  to make reference to its contents, including reference to the identity of the victim, the

16  filing must be sealed, absent prior written permission of the government to file an

17  unsealed version.

18      6.    The provisions of the protective order shall apply to all members of the

19  defense team, including but not limited to other attorneys, contract attorneys,

20  investigators, legal assistants, interns, experts, and paralegals. It is the responsibility of

21  defense counsel to ensure that all members of the defense team understand the

22  restrictions of the protective order and understand that they are required to abide by those

23  restrictions.

24      7.    In the event that current defense counsel is replaced by new defense

25  counsel, defense counsel shall not turn over any discovery to new counsel without prior

26  written permission of the government. The government will only grant permission when

27

28

*United States v. Tony Lee Williams*, CR19-00193RAJ
Protective Order - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
(206) 553-7970

1 | it is satisfied that new counsel has reviewed the terms of the Protective Order and has
2 | acknowledged that he/she is bound by them.

3 |      8. The provisions of this Order shall not terminate at the conclusion of this
4 | prosecution.

5 |      9. Any violation of any term or condition of this Order by a defendant, his or
6 | her attorneys of record, any member of the defense teams, or any attorney for the United
7 | States Attorney's Office for the Western District of Washington, may result in that person
8 | or persons being held in contempt of court, and/or may subject that person or persons to
9 | monetary or other sanctions as deemed appropriate by this Court. If a defendant violates
10 | any term or condition of this Order, the United States reserves its right to seek a
11 | sentencing enhancement for obstruction of justice, or to file any criminal charges relating
12 | to the defendant's violation.

13 |      10. This order can only be modified by written agreement of the Government
14 | or by order of this Court.

16 |      DATED this 15th day of November, 2019.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
(206) 553-7970