JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR19-193RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING UNOPPOSED MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINE |
| TONY LEE WILLIAMS, | |
| Defendant. | |

Having reviewed the unopposed motion for an extension of the pretrial motions deadline submitted by the defendant and the Court having concluded that such an extension should be ordered, it now:

ORDERS that Defendant's Unopposed Motion (Dkt. #23) is GRANTED. The time within which to file pretrial motions is hereby extended from February 27, 2020, to March 5, 2020.

DATED this 27th day of February, 2020.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE PRETRIAL
MOTIONS DEADLINE - 1
(*Tony Lee Williams*; CR19-193RAJ)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Ave., Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE PRETRIAL
MOTIONS DEADLINE - 2
(*Tony Lee Williams*; CR19-193RAJ)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Ave., Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**