THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR19-193-RAJ |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING UNOPPOSED MOTION TO PROCEED WITH CHANGE OF PLEA HEARING BY TELECONFERENCE |
| TONY LEE WILLIAMS, | ) | |
| Defendant. | ) | |

THE COURT has considered Tony Williams's unopposed motion to proceed with his change of plea hearing by teleconference, along with all the records and files in this case.

Finding good cause, IT IS ORDERED Defendant's Motion (Dkt. #43) is GRANTED. The Court finds that a change of plea hearing conducted by telephone or videoconference should take place as soon as practical because further delays in this case would cause "serious harm to the interests of justice." *See* General Order No. 04-20 (3/30/20).

THE COURT ORDERS that a teleconference or videoconference change of plea hearing be held as soon as practical before the criminal-duty magistrate judge.

DATED this 14th day of January, 2021.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER TO PROCEED WITH CHANGE OF PLEA
HEARING BY TELECONFERENCE
(*United States v. Williams*, CR19-193-RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100