Hon. Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br><br>TONY LEE WILLIAMS,<br><br>Defendant. | No. CR19-193-RAJ<br><br><br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture ("Motion") for the following property:

> A .380 semi-automatic Super Titan pistol with an obliterated serial number, and any associated ammunition.

The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate because:

- On July 1, 2021, the Court entered a Preliminary Order of Forfeiture finding the above-identified firearm and associated ammunition forfeitable pursuant to 21 U.S.C. § 853 and 18 U.S.C. §§ 924(d)(1), (d)(3)(B), by way of 28 U.S.C. § 2461(c), and forfeiting the Defendant's interest in them (Dkt. No. 60);

FINAL ORDER OF FORFEITURE - 1
*United States v. Williams,* CR19-193-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- Thereafter, the United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C) (Dkt. No. 67); and,

- The time for filing third-party claims has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-identified firearm and any associated ammunition exists in any party other than the United States;

2. The firearm and any associated ammunition are fully and finally condemned and forfeited, in its entirety, to the United States; and,

3. The United States Department of Justice, the Federal Bureau of Investigation, and/or their representatives, are authorized to dispose of the firearm and any associated ammunition as permitted by governing law.

IT IS SO ORDERED.

DATED this 24th day of September, 2021.

*Richard A. Jones* (signature)
_____
The Honorable Richard A. Jones
United States District Judge
FINAL ORDER OF FORFEITURE - 2
*United States v. Williams,* CR19-193-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970