Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>TONY LEE WILLIAMS,<br>Defendant. | No. 2:19-cr-00193-RAJ<br><br>ORDER FOR TERMINATION OF SUPERVISED RELEASE |

THE COURT has considered Defendant Tony Williams' motion to terminate his remaining period of supervised release, the Government's opposition, the records in this case, and the factors set forth in 18 U.S.C. § 3553(a).

IT IS ORDERED that Defendant's motion (Dkt. 78) is GRANTED. Defendant Tony Williams' term of supervised release shall be terminated pursuant to 18 U.S.C. § 3583(e).

DATED this 5th day of November, 2026.

The Honorable Richard A. Jones
United States District Judge



**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, WA 98101**
**(206) 553-1100**